Full opinion will be published later. Watch **Omnibus Index.**

## MAUS v AUGLAIZE NATIONAL BANK OF WAPAKONETA

Ohio Supreme Court

No 22894. Decided March 16, 1932

For full opinion see 125 Oh St 32; Oh Bar 4-25-32.

## STATE ex VOSNOSKY v INDUST COMM

Ohio Supreme Court

No 23359. Decided April 20, 1932

## STATE ex POWHATAN MINING CO v INDUST COMM

Ohio Supreme Court

No 23164. Decided April 20, 1932

Matthias, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**